Case 2:25-cv-00028   Document 25   Filed on 08/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROBERTO JAIME JUAN BUONO, § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 2:25-CV-00028 |
| VVN EXPRESS, INC., *et al.*, § § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On July 25, 2025, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 21), recommending that Plaintiff's Motion for Default Judgment Against Defendant Umbrella Express, Inc. (D.E. 16) be denied because Defendant Umbrella had since filed an appearance. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 21), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's motion for default judgment against Defendant Umbrella Express, Inc. (D.E. 16) is **DENIED.**

**ORDERED** on August 25, 2025.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE